# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC. and UNIVERSITY OF ROCHESTER,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CARDIOCOM, LLC et al.,  )<br>)<br>Defendants.  )<br>) | Case No. 2:13-cv-00136<br>Jury<br>CONSOLIDATED CASE |

## DEFENDANT, CLICK4CARE, INC.'S NOTICE OF COMPLIANCE

Pursuant to this Court's Docket Control and Discovery Orders entered in this case, Defendant, Click4Care, Inc. ("Click4Care"), hereby provides notice that on September 12, 2013, Click4Care complied with paragraphs 1 and 3 of the Discovery Order.

                                                                                                               */s/ Paul B. Kerlin*

                                          Paul B. Kerlin
                                          Texas Bar No. 24044480
                                          Joseph M. Schreiber
                                          Texas Bar No. 24037449
                                          VORYS, SATER, SEYMOUR AND PEASE LLP
                                          700 Louisiana Avenue, Suite 4100
                                          Houston, Texas  77002
                                          Tel: 713-588-7000
                                          Fax: 713-588-7050
                                          jmschreiber@vorys.com
                                          pbkerlin@vorys.com

                                          William H. Oldach III, *pro hac vice*
                                          Vorys, Sater, Seymour & Pease LLP
                                          1909 K Street, N.W., 9th Floor
                                          Washington, DC  20006
                                          Phone:  202-467-8800
                                          Facsimile:  202-533-9024
                                          E-mail:  wholdach@vorys.com

             ATTORNEYS FOR DEFENDANT
             CLICK4CARE, INC.

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing Click4Care, Inc.'s Notice of Compliance has been served on September 12, 2013, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

             */s/ Paul B. Kerlin*

             Paul B. Kerlin