IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MY HEALTH, INC. and UNIVERSITY OF ROCHESTER, | ) ) ) | Civil Action No. 2:13-cv-136 |
| Plaintiffs, | ) ) | **LEAD CASE** |
| v. | ) ) | **(JURY TRIAL DEMANDED)** |
| CARDIOCOM, LLC, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING AGREED MOTION TO STAY DEADLINES**

CAME ON FOR CONSIDERATION, Plaintiffs My Health, Inc. and University of Rochester (collectively, "Plaintiffs'") Agreed Motion to Stay Deadlines. Having considered the motion, and finding it meritorious, it is hereby GRANTED.

All deadlines between Plaintiffs and Defendant GenerationOne Inc. only are stayed for fourteen (14) days from the date of this Order.

**SIGNED this 13th day of September, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE