# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC., ET AL., | |
| PLAINTIFFS, | CIVIL ACTION NO. 2:13-cv-136 |
| v. | |
| CARDIOCOM, LLC, ET AL., | |
| DEFENDANTS | |

## ORDER

NOW before the Court is Plaintiffs My Health, Inc. and University of Rochester and Defendants Honeywell HomMed, LLC, Cardiocom, LLC, and Click4Care, Inc.'s joint Motion to Amend the Docket Control Order to extend the deadline to comply with Patent Local Rules 3-3 and 3-4 from November 4, 2013 to December 5, 2013. The Court finds that the motion should be and hereby is GRANTED. Defendants' new deadline to comply with Patent Rules 3-3 and 3-4 is December 5, 2013.

**SIGNED this 19th day of November, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE