**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MY HEALTH, INC., ET AL., | |
| PLAINTIFFS, | CIVIL ACTION NO. 2:13-cv-136 |
| v. | JURY TRIAL DEMANDED |
| CARDIOCOM, LLC, ET AL., | |
| DEFENDANTS | |

### **ORDER**

NOW before the Court is Plaintiffs My Health, Inc. and University of Rochester and Defendants Honeywell HomMed, LLC, Cardiocom, LLC, and Click4Care, Inc.'s joint Motion to Set a Venue Briefing Schedule.  Plaintiffs will serve their opposition to Defendants' motion to transfer on November 26, 2013; Defendants will serve their reply on December 10, 2013.  The Court finds that the motion should be and hereby is GRANTED.  Plaintiffs' deadline to serve their opposition to Defendants' motion to transfer venue is November 26, 2013.  Defendants' deadline to serve their reply is December 10, 2013.

**SIGNED this 19th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE