IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC. AND<br>UNIVERSITY OF ROCHESTER,<br><br>    PLAINTIFFS,<br><br>v.<br><br>CARDIOCOM, LLC.<br><br>    DEFENDANT | CIVIL ACTION NO. 2:13-cv-136<br><br>**LEAD CASE** |

**PLAINTIFF'S NOTICE OF AMENDED INFRINGEMENT CONTENTIONS**

Plaintiff's hereby provides notice that on December 3, 2013, Plaintiff's provided all parties with its Amended Infringement Contentions.

DATED:  December 3rd, 2013                              Respectfully submitted,

                                              By:    /s/ Joseph G. Pia
                                                        Joseph G. Pia (*Pro Hac Vice*)
                                                        Joe.pia@padrm.com
                                                         PIA ANDERSON DORIUS REYNARD & MOSS
                                                         222 South Main Street Suite 1830
                                                         Salt Lake City, UT 84101
                                                         Telephone:  (801) 350-9000
                                                         Fax:  (801) 350-9010

                                                         S. Calvin Capshaw
                                                         State Bar No. 03783900
                                                         ccapshaw@capshawlaw.com
                                                         Elizabeth L. DeRieux
                                                         State Bar No. 05770585
                                                         ederieux@capshawlaw.com
                                                         CAPSHAW DERIEUX, L.L.P.

114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Michael R. Wolford (*Pro Hac Vice*)
mwolford@wolfordfirm.com
THE WOLFORD LAW FIRM LLP
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8008
Facsimile: (585) 325-8009

C. Dale Quisenberry (*Pro Hac Vice*)
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

ATTORNEYS FOR PLAINTIFFS

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of December, 2013, with a copy of this document via electronic mail as follows:

J. Thad Heartfield
thad@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706

Graham W. Gerhardt
Elizabeth Josephs
Jeff Dyess
jdyess@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203

William Schultz
WSchultz@merchantgould.com
Eric R. Chad
EChad@merchantgould.com
Daniel W. McDonald
DMcDonald@merchantgould.com
Merchant & Gould P.C.
32200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

Peter Gergely
PGergely@merchantgould.com
Merchant & Gould- Denver
1050 17th Street, Suite 1400
Denver, CO 80265

Jack Wesley Hill
wh@wsfirm.com
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd., Ste. 220
Longview, Texas 75606-1231

                                                /s/ Joseph G. Pia