# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MY HEALTH, INC., ET AL., | |
| PLAINTIFFS, | CIVIL ACTION NO. 2:13-cv-136 |
| v. | JURY TRIAL DEMANDED |
| CARDIOCOM, LLC, ET AL., | |
| DEFENDANTS | |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiffs My Health, Inc. and University of Rochester and Defendants Cardiocom, LLC, Honeywell HomMed, LLC, and Click4Care, Inc. (collectively "the parties") file this joint Motion to Amend the Court's Docket Control Order (Dkt. No. 40) to extend the deadline to comply with Patent Rules 3-3 and 3-4.

Since entry of the original Docket Control Order in this case, the parties have conferred regarding Defendants' contention that Plaintiff's infringement contentions are deficient in certain respects. Plaintiffs supplemented their infringement contentions on December 3, 2013 with respect to Cardiocom. On December 13, 2013, Plaintiffs confirmed the asserted claims with respect to Cardiocom (1 and 4) and a request to Plaintiffs for clarification of the asserted claims with respect to Honeywell and Click4Care is pending. In attempt to resolve these issues without the need for motion practice, the parties have conferred and agreed on an extension of the time for Defendants to serve invalidity contentions as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) | December 19, 2013 | January 9, 2014 |

| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | January 7, 2014 | January 13, 2014 |

The parties suggest that good cause exists for this modification to the current DCO. Specifically, the extension will allow the Defendants time to consider additional information and supplementation Plaintiffs provided in their supplemental infringement contentions. Further, the modification will not alter any other dates. The proposed amendment to the Docket Control Order is not being made unnecessarily to delay the proceedings and should not affect the other scheduled dates.

For the foregoing reasons, the parties respectfully request that this motion be granted.

DATE: December 19, 2013

Respectfully submitted,

*/s/ Wes Hill*_____
William D. Schultz
Merchant & Gould - Minneapolis
80 S Eighth St
3200 IDS Center
Minneapolis, MN 55402-2215
Phone: 612-332-5300
Fax: 612-332-9081
Email: wschultz@merchantgould.com

Daniel W. McDonald
Merchant & Gould - Minneapolis
80 S Eighth St
3200 IDS Center
Minneapolis, MN 55402-2215
Phone: 612.332-5300
Fax: 612.332.9081
Email: dmcdonald@merchantgould.com

Eric R. Chad
Merchant & Gould - Minneapolis
80 S Eighth St
3200 IDS Center

Minneapolis, MN 55402-2215
Phone: 612-332-5300
Fax: 612-332-9081
Email: echad@merchantgould.com

Jack Wesley Hill
Ward & Smith Law Firm
PO Box 1231
1127 Judson Road
Suite 220
Longview, TX 75606
Phone: 903-757-6400
Fax: 903-757-2323
Email: wh@wsfirm.com

Peter A. Gergely
Merchant & Gould - Denver
1050 17th St
Suite 1400
Denver, CO 80265
Phone: 303.357.1670
Fax: 303.357.1671
Email: pgergely@merchantgould.com

*Attorneys for CardioCom*, *LLC*

David M. Stein
Texas Bar No. 00797494
Akin Gump Strauss Hauer & Feld, LLP
633 West Fifth Street, Suite 5000
Los Angeles, California 90071-2081
Phone: 213.254.1240
Fax: 213.254.1201
Email: dstein@akingump.com

Emily C. Johnson
E.D. Texas Bar Admission (March 7, 2013)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue N.W.
Phone: 202.887.4000
Fax: 202.887.4288
Email: johnsone@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road

Beaumont, Texas 77706
Phone: 409.866.3318
Fax: 409.866.5789
Email: thad@jth-law.com

*Attorneys for Honeywell HomMed, LLC*

William H. Oldach III
Vorys, Sater, Seymour and Pease LLP
1909 K Street NW, Suite 900
Washington, DC 20006-1152
Phone: 202.467.8880
Fax: 202.533.9024
Email: wholdach@vorys.com

Paul Brown Kerlin
Vorys Sater Seymour & Pease, LLP
700 Louisiana Street, Suite 4100
Houston, TX 77002
Phone: 713-588-7004
Fax: 713-588-7054
Email: pbkerlin@vorys.com

*Attorneys for Click4Care, Inc.*


*/s/ C. Dale Quisenberry by permission Wes Hill*
S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Joseph G. Pia*
Joe. pia@padrm.com
PIA ANDERSON DORIUS REYNARD& MOSS, LLC
222 South Main Street Suite 1830
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Fax: (801) 350-9010

Michael R. Wolford *

mwolford@wolfordfirm.com
THE WOLFORD LAWFIRM LLP
600 Reynolds Arcade Building
16 East Main Street
Rochester, New York 14614
Telephone: (585) 325-8008
Facsimile: (585) 325-8009

*ProHac Vice*

C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar No. 16088590
tpolasek@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERY &
ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

/s/ Wesley Hill

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 19th day of December, 2013.

                                                    /s/ Wesley Hill