**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MY HEALTH, INC., ET AL., <br><br> PLAINTIFFS, <br><br> v. <br><br> CARDIOCOM, LLC, ET AL., <br><br> DEFENDANTS | CIVIL ACTION NO. 2:13-cv-136 |

**ORDER**

NOW before the Court is Plaintiffs My Health, Inc. and University of Rochester and Defendants Honeywell HomMed, LLC, Cardiocom, LLC, and Click4Care, Inc.'s joint Motion to Amend the Docket Control Order to extend the deadline to comply with Patent Local Rules 3-3 and 3-4 from December 19, 2013 to January 9, 2014 and to extend the deadline to comply with Patent Local Rule 4-1 from January 7, 2013 to January 13, 2014. The Court finds that the motion should be and hereby is GRANTED. Defendants' new deadline to comply with Patent Rules 3-3 and 3-4 is January 9, 2014. The Parties' new deadline to comply with Patent Rule 4-1 is January 13, 2014.

**SIGNED this 20th day of December, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE